URBAN JUSTICE CENTER et al., Appellants, v ELIOT SPITZER, as Governor of the State of New York, et al., Respondents.

Submitted February 10, 2007; decided May 1, 2007

Motion to substitute Governor Eliot Spitzer in place of former Governor George Pataki as a party defendant herein granted. On the Court's own motion, appeal dismissed, without

costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.